Johanna M.B. BELL, Plaintiff–
Appellant,

and

Maurice Humphries, Plaintiff–
Appellant,

and

Malika K. Bell, Plaintiff–Appellant,

v.

WAL–MART STORES, INC.,
Defendant–Appellee.

Nos. 03–1514, 03–1515, 03–1516.

United States Court of Appeals,
Federal Circuit.

Sept. 12, 2003.

### ORDER

Pursuant to this court's order of August 21, 2003, these appeals are hereby transferred to the U.S. Court of Appeals for the District of Columbia Circuit.